# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ANTHONY HARRIS,<br>    Defendant. | CRIMINAL NO. 5:22-28-KKC-MAS-1<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

The matter is before the Court on the defendant Anthony Harris's motion to vacate under 28 U.S.C. § 2255. (DE 67.) The magistrate judge recommends the defendant's motion be denied. (DE 74.) The defendant filed no objections to the magistrate judge's report and recommendation. Accordingly, it is hereby ORDERED that

1. the report and recommendation (DE 74) is ADOPTED;

2. the defendant's motion to vacate his sentence under § 2255 (DE 67) is DENIED;

3. a certificate of appealability will not be issued, Harris having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4. a judgment consistent with this order and the report and recommendation will be ENTERED.

This 15th day of November, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY